### 31427. BROWN v. THE STATE.

GUNTER, Justice.

The appellant was convicted for having committed murder; the state waived the death penalty; he was sentenced to life imprisonment; he made a motion for a new trial that was overruled by the trial judge; and he has come to this court for review.

The appellant has enumerated three errors here, and after reviewing the record and transcript, we conclude: (1) that the trial court did not abuse its discretion in overruling the appellant's motion for a continuance of the trial; (2) the trial court did not commit error in determining that testimony as to appellant's oral

confession to an officer could be submitted to the jury; and (3) the trial judge did not commit error in refusing to charge the jury on involuntary manslaughter.

We find no error.

*Judgment affirmed. All the Justices concur.*

SUBMITTED AUGUST 13, 1976 — DECIDED DECEMBER 1, 1976.

*Herbert M. Crane, Jr., J. Paul Jones,* for appellant.

*David N. Vaughn, District Attorney, Charles Crawford, Assistant District Attorney, Arthur K. Bolton, Attorney General, Susan V. Boleyn,* for appellee.